UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
TCF National Bank

In Re:

Rosa Peters & Mark W. Peters,

Debtors.

Case No.: 21-15798-CMG

Chapter: 13

Hearing Date: 9/1/2021

Judge: Poslusny

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 14)

_____

Date: 8/27/2021

/s/ Denise Carlon
Signature

*rev.8/1/15*