| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>TCF National Bank | Order Filed on September 7, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Mark W. Peters, Rosa Peters<br><br>Debtor. | Case No.: 21-15798 CMG<br>Adv. No.:<br>Hearing Date: 9/1/2021 @ 10:00 a.m.<br><br>Judge: Christine M. Gravelle |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: September 7, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtors: Mark W. Peters, Rosa Peters
Case No.: 21-15798 CMG
Caption: **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor TCF National Bank, holder of a mortgage on real property located at 1043 Frontage Road, Toms River NJ 08753, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Candyce Ilene Smith-Sklar, Esquire, attorney for Debtors, Mark W. Peters and Rosa Peters, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Trustee is to pay the arrearage claim of Secured Creditor per the proof of claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors reserve the right to object to the proof of claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that any reference to a cram down of this lien in the plan is hereby stricken; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors will make post-petition payments outside the plan in accordance with the terms of the note and mortgage; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.