Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−15798−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Rosa Peters                                           Mark W Peters
   1043 Frontage Road                      1043 Frontage Road
   Toms River, NJ 08753                 Toms River, NJ 08753

Social Security No.:
   xxx−xx−1667                                     xxx−xx−9124

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 7, 2021.

Dated: September 7, 2021
JAN: bwj

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-15798-CMG |
| Rosa Peters | Chapter 13 |
| Mark W Peters | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 07, 2021 | Form ID: plncf13 | Total Noticed: 66 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rosa Peters, Mark W Peters, 1043 Frontage Road, Toms River, NJ 08753-3171 |
| 519264378 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519264379 | | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Po Box 26012, Greensboro, NC 27420 |
| 519264380 | + | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519264381 | + | Bank of America, Attn: Rubin & Rothman, LLC, 1787 Veterans Memorial HWY, Islandia, NY 11749-1500 |
| 519287103 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519264383 | + | Bank of America, N.A., c/o Rubin & Rothman, LLC, 1787 Veterans Memorial HWY, Islandia, NY 11749-1500 |
| 519264384 | + | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519264387 | + | CENLAR/Central Loan, Attn: Bankruptcy, Po Box 77404, Ewing, NJ 08628-6404 |
| 519264388 | + | Chase Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519264409 | + | DVC DUES, 28397 Network Place, Chicago, IL 60673-1283 |
| 519264410 | + | Gs Bank Usa, Attn: Bankruptcy, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 519285970 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519281022 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519264412 | + | LendingUSA, Attn: Bankruptcy, 15303 Ventura Blvd, Ste 850, Sherman Oaks, CA 91403-6630 |
| 519264414 | + | Monera Financial LLC f/k/a Monera Fin In, c/o Greenspoon Marder LLP, Capital Plaza I, 201 East Pine Street, Suite 500, Orlando, FL 32801-2718 |
| 519264413 | + | Monera Financial f/k/a Monera Financial, c/o Greenspoon Marder, LLP, Capital Plaza I, 201 East Pine Street, Suite 500, Orlando, FL 32801-2718 |
| 519264416 | + | NMAC, Attn: Bankruptcy, Po Box 660366, Dallas, TX 75266-0366 |
| 519264415 | + | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 519288537 | + | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 519267570 | + | TCF Bank, now part of Huntington National Bank, 2445 84th Street SW, Byron Center, MI 49315-5102 |
| 519264427 | + | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519264430 | + | TrueAccord, 16011 College Blvd, Suite 130, Lenexa, KS 66219-9877 |
| 519264431 | + | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 519269977 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 07 2021 21:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 07 2021 21:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519264377 | + | Email/Text: backoffice@affirm.com | Sep 07 2021 21:48:00 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519264383 | + | Email/Text: bankruptcy@rubinrothman.com | Sep 07 2021 21:47:00 | Bank of America, N.A., c/o Rubin & Rothman, |

Case 21-15798-CMG    Doc 27    Filed 09/09/21    Entered 09/10/21 00:12:45    Desc Imaged
                               Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 07, 2021 | Form ID: plncf13 | Total Noticed: 66 |

| | | | | |
|---|---|---|---|---|
| | | | | LLC, 1787 Veterans Memorial HWY, Islandia, NY 11749-1500 |
| 519264385 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 07 2021 21:57:42 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519264390 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 07 2021 21:57:38 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519264391 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 07 2021 21:57:38 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519264392 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 07 2021 21:57:51 | Citibank/Sears, Citicorp Srvs/Centralized Bk Dept, Po Box 790034, St. Louis, MO 63179-0034 |
| 519264393 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 07 2021 21:57:51 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519264394 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 07 2021 21:47:00 | Comenity Bank / The Limited, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519264395 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 07 2021 21:47:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519264396 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 07 2021 21:47:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519264398 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 07 2021 21:47:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519264399 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 07 2021 21:47:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519264400 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 07 2021 21:47:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519264401 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 07 2021 21:47:00 | Comenity Bank/Pottery Barn, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519264402 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 07 2021 21:47:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519264403 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 07 2021 21:47:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519264397 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 07 2021 21:47:00 | Comenity bank/J Crew, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519264404 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 07 2021 21:47:00 | Comenity/Carter, Attn: Bankruptcy, Po Box 183043, Columbus, OH 43218-3043 |
| 519264405 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 07 2021 21:47:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519264406 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 07 2021 21:57:39 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519280736 | | Email/Text: bnc-quantum@quantum3group.com | Sep 07 2021 21:47:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519264407 | + | Email/Text: mrdiscen@discover.com | Sep 07 2021 21:47:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519264408 | + | Email/Text: dplbk@discover.com | Sep 07 2021 21:47:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 519264386 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 07 2021 21:57:36 | Cardmember Service, PO Box 15123, Wilmington, DE 19850 |
| 519264389 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 07 2021 21:57:48 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |

Case 21-15798-CMG    Doc 27    Filed 09/09/21    Entered 09/10/21 00:12:45    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 07, 2021 | Form ID: plncf13 | Total Noticed: 66 |

| | | | | |
|---|---|---|---|---|
| 519264411 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 07 2021 21:47:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519295236 | | Email/Text: bnc-quantum@quantum3group.com | Sep 07 2021 21:47:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519264417 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 07 2021 21:57:48 | Syncb/Pandora, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519264418 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 07 2021 21:57:43 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519264419 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 07 2021 21:57:43 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519264667 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 07 2021 21:57:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519264420 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 07 2021 21:57:43 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519264421 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 07 2021 21:57:43 | Synchrony Bank/Banana Republic, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519264422 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 07 2021 21:57:37 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519264423 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 07 2021 21:57:49 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519264424 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 07 2021 21:57:42 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519264425 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 07 2021 21:57:49 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 519264426 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 07 2021 21:57:37 | Synchrony/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519264428 | + | Email/Text: Bankruptcy@tcfbank.com | Sep 07 2021 21:47:00 | TCF Bank, PO Box 1527, Midland, MI 48641-1527 |
| 519264429 | + | Email/Text: bankruptcy@huntington.com | Sep 07 2021 21:47:00 | The Huntington National Bank, 5555 Cleveland Ave., Columbus, OH 43231-4048 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519264382 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Attn: Bankruptcy, P.O. Box 982234, El Paso, TX 79998 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2021                    Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor TCF National Bank bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Candyce Ilene Smith-Sklar | on behalf of Joint Debtor Mark W Peters mail@njpalaw.com r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Rosa Peters mail@njpalaw.com r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor TCF National Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers | on behalf of Creditor CitiMortgage Inc. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor CitiMortgage Inc. ecf@powerskirn.com |

TOTAL: 8