| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorney for TCF National Bank | **Order Filed on September 16, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>        Peters, Mark W. & Peters, Rosa,<br>Debtor(s). | Case No.: 21-15798 CMG<br><br>Adv. No.:<br><br>Hearing Date: 9/15/2021<br><br>Judge: Gravelle, Christine M. |

## ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

  The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: September 16, 2021**

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

(Page 2)
Debtors: Peters, Mark W. & Peters, Rosa
Case No: 21-15798 CMG
Caption of Order: ORDER DIRECTION REDACTION OF PERSONAL INFORMATION

_____

The court having reviewed the Motion Requesting Redaction of Personal Information filed in this case by TCF National Bank, Denise Carlon, Esq. appearing, and regarding Objection to Confirmation of Plan, docket # 14,

It is **ORDERED, ADJUDGED and DECREED** that the above document (Objection to Confirmation of Plan, docket # 14) be immediately restricted from view on the Court's public docket; and

It is further **ORDERED, ADJUDGED and DECREED** that Movant has already filed a redacted version of the document according to applicable court rules; and

It is further **ORDERED, ADJUDGED and DECREED** that the movant shall serve this order on all affected parties not later than one day after its entry.