UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorney for TCF National Bank

**Order Filed on September 16, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 21-15798 CMG

Adv. No.:

Hearing Date: 9/15/2021

Judge: Gravelle, Christine M.

In Re:

    Peters, Mark W. & Peters, Rosa,

Debtor(s).

### ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: September 16, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtors:  Peters, Mark W. & Peters, Rosa
Case No:  21-15798 CMG
Caption of Order:  ORDER DIRECTION REDACTION OF PERSONAL INFORMATION
_____

      The court having reviewed the Motion Requesting Redaction of Personal Information filed in this case by TCF National Bank, Denise Carlon, Esq. appearing, and regarding Objection to Confirmation of Plan, docket # 14,

      It is **ORDERED, ADJUDGED and DECREED** that the above document (Objection to Confirmation of Plan, docket # 14) be immediately restricted from view on the Court's public docket; and

      It is further **ORDERED, ADJUDGED and DECREED** that Movant has already filed a redacted version of the document according to applicable court rules; and

      It is further **ORDERED, ADJUDGED and DECREED** that the movant shall serve this order on all affected parties not later than one day after its entry.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                       Case No. 21-15798-CMG

Rosa Peters                                                                                              Chapter 13

Mark W Peters

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                       User: admin                       Page 1 of 2

Date Rcvd: Sep 16, 2021             Form ID: pdf903                 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Rosa Peters, Mark W Peters, 1043 Frontage Road, Toms River, NJ 08753-3171 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2021                      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor TCF National Bank bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Rosa Peters mail@njpalaw.com r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Joint Debtor Mark W Peters mail@njpalaw.com r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor TCF National Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | |

USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers

       on behalf of Creditor CitiMortgage Inc. ecf@powerskirn.com

William M.E. Powers, III

       on behalf of Creditor CitiMortgage Inc. ecf@powerskirn.com

TOTAL: 8