| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Nissan Motor Acceptance Corporation as servicer for Nissan-Infiniti LT* |
| In re:<br><br>Rosa Peters and<br>Mark W. Peters<br><br>                           Debtors. |

Chapter: 13

Case No.: 21-15798-CMG

Hearing Date: December 15, 2021

Judge Christine M. Gravelle

## **CERTIFICATION OF CONSENT REGARDING CONSENT ORDER**

    I certify that with respect to the Consent Order Resolving Motion to Vacate Automatic Stay ("Consent Order") submitted to the Court and agreed to by Nissan Motor Acceptance Corporation as servicer for Nissan-Infiniti LT ("Creditor") and the Debtors, the following conditions have been met:

    (a)  The terms of the Consent Order are identical to those set forth in the original consent order;

    (b)  The signatures represented by the /s/_____ on the Consent Order reference the signatures of consenting parties obtained on the original Consent Order;

    (c)  I will retain the original Consent Order for a period of 7 years from the date of closing of the case or adversary proceeding.

    (d)  I will make the original Consent Order available for inspection on request of the Court or any party in interest; and

(e) I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011.

                                        Stewart Legal Group, P.L.
                                        Attorney for Nissan Motor Acceptance Corporation as servicer for Nissan-Infiniti LT

Dated: December 13, 2021        By: */s/Gavin N. Stewart*
                                                   Gavin N. Stewart, Esq.