| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Nissan Motor Acceptance*<br>*Corporation as servicer for Nissan-Infiniti LT* | Order Filed on December 15, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Rosa Peters and<br>Mark W. Peters<br><br>                                  Debtors. | Chapter: 13<br><br>Case No.: 21-15798-CMG<br><br>Hearing Date: December 15, 2021<br><br>Judge Christine M. Gravelle |

## CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: December 15, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtors: Rosa Peters and Mark W. Peters
Case No.: 21-15798-CMG
Caption of Order: **CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay ("Motion") filed by Nissan Motor Acceptance Corporation as servicer for Nissan-Infiniti LT ("Creditor"), whereas the post-petition arrearage amount was $763.56, as of December 9, 2021, and whereas the Debtor and Creditor seek to resolve the Motion, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **2020 Nissan Murano; VIN: 5N1AZ2BS6LN110171** provided that the Debtors comply with the following:

    a. On or before December 22, 2021, the Debtors shall file a modified plan providing for the curing and payment in full of the pre-petition arrearage, as well as the post-petition arrearage above, namely, $763.56, as well as all other amounts due on the underlying loan; and

    b. In addition to the above, the Debtor shall resume making the regular monthly payments to Creditor as they become due beginning with the January 2, 2022 payment.

2. All direct payments due hereunder not otherwise paid by electronic means and/or automatic draft, shall be sent directly to Creditor at the following address: **Nissan Motor Acceptance Corporation, P.O. Box 660366, Dallas, Texas 75266-0366.**

3. The Debtors will be in default under the Consent Order in the event that the Debtors fail to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtors fail to make any payment due to Creditor under the Chapter 13 Plan.

4. If the Debtors fail to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtors and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) permitting Creditor to exercise any rights under the loan documents with respect to the vehicle.

5. Creditor is awarded reimbursement of attorney fees and costs in the amount of $250.00 and $188.00 respectively to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

*/s/ Candyce Ilene Sklar*
Candyce Ilene Smith-Sklar, Esquire
Law Offices of Sklar Smith-Sklar
1901 North Olden Avenue
Ewing Professional Park, Suite 22
Ewing, NJ 08618
*Counsel to Debtor*

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street Suite 2340
Suite 2340
Tampa, FL 33602
*Counsel to Creditor*