Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  21−15798−CMG
        Chapter:  13
        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rosa Peters                                           Mark W Peters
   1043 Frontage Road                          1043 Frontage Road
   Toms River, NJ 08753                     Toms River, NJ 08753

Social Security No.:
   xxx−xx−1667                                             xxx−xx−9124

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on December 16, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 41 − 34
Order Granting Approval to Participate in the Court's Loss Mitigation Program (Related Doc # 34). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/16/2021. (rms)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.


Dated: December 16, 2021
JAN: rms

                                                                                          Jeanne Naughton
                                                                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 21-15798-CMG
Rosa Peters  Chapter 13
Mark W Peters
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 16, 2021 | Form ID: orderntc | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Powers Kirn, LLC, Attn: William M. E. Powers, III, P.O. Box 848, Moorestown, NJ 08057-0848 |
| lm  | + CENLAR/Central Loan, Attn: CEO/AGENT, 425 Phillips Blvd., Ewing, NJ 08618-1430 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor TCF National Bank bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Rosa Peters mail@njpalaw.com  r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Joint Debtor Mark W Peters mail@njpalaw.com  r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor TCF National Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 16, 2021 | Form ID: orderntc | Total Noticed: 2 |

Gavin Stewart
    on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III
    on behalf of Creditor CitiMortgage Inc. ecf@powerskirn.com

William M.E. Powers
    on behalf of Creditor CitiMortgage Inc. ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor CitiMortgage Inc. ecf@powerskirn.com

TOTAL: 10