UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
PO Box 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Rosa Peters
Mark W Peters

Case No.: 21-15798 / CMG

Judge: Christine M. Gravelle

Chapter: 13

Debtor(s)

## CERTIFICATION OF SERVICE

1.  I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2.  On 1/28/2022, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

    **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3.  I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  1/28/2022

/s/  Kierstyn Buchanan

Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
| --- | --- | --- |
| Rosa Peters<br>Mark W Peters<br>1043 Frontage Road<br>Toms River, NJ   08753 | Debtor(s) | Regular Mail |
| CANDYCE I SMITH-SKLAR, ESQ<br>LAW OFFICES OF SKLAR<br>SMITH-SKLAR, LLC<br>1901 N OLDEN AVE., STE 22<br>EWING,  NJ   08618-2111 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |