Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 21−15798−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Rosa Peters<br>1043 Frontage Road<br>Toms River, NJ 08753 | Mark W Peters<br>1043 Frontage Road<br>Toms River, NJ 08753 |

Social Security No.:
  xxx−xx−1667                                           xxx−xx−9124

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 2/16/22 at 09:00 AM

to consider and act upon the following:

*48* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 2/8/2022. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 2/4/22

                                                                   Jeanne Naughton
                                                                   Clerk, U.S. Bankruptcy Court