Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−15798−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rosa Peters
1043 Frontage Road
Toms River, NJ 08753

Mark W Peters
1043 Frontage Road
Toms River, NJ 08753

Social Security No.:
xxx−xx−1667

xxx−xx−9124

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 2/16/22 at 09:00 AM

to consider and act upon the following:

*48* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 2/8/2022. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 2/4/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                               Case No. 21-15798-CMG

Rosa Peters                                                                      Chapter 13

Mark W Peters

        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                                      User: admin                                      Page 1 of 2

Date Rcvd: Feb 04, 2022                              Form ID: ntchrgbk                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Rosa Peters, Mark W Peters, 1043 Frontage Road, Toms River, NJ 08753-3171 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2022                                  Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor TCF National Bank bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Rosa Peters mail@njpalaw.com r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Joint Debtor Mark W Peters mail@njpalaw.com r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor TCF National Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 04, 2022 | Form ID: ntchrgbk | Total Noticed: 1 |

on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III

on behalf of Creditor CitiMortgage Inc. ecf@powerskirn.com

William M.E. Powers

on behalf of Creditor CitiMortgage Inc. ecf@powerskirn.com

William M.E. Powers, III

on behalf of Creditor CitiMortgage Inc. ecf@powerskirn.com

TOTAL: 10