UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2021-0139

POWERS KIRN, LLC
ecf@powerskirn.com
William M. E. Powers III
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000
Attorney for CitiMortgage, Inc.

In Re:

Rosa Peters
Mark W. Peters

Case No.:   21-15798-CMG

Hearing Date: 04/20/2022

Judge:   Honorable Christine M. Gravelle

Chapter:  13

## CERTIFICATION OF SERVICE

1. I, William M. E. Powers III:

    ☒ represent the    Creditor    in the above captioned matter.

    ☐ am the secretary/paralegal for Powers Kirn, LLC, who represents the creditor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On April 19, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:  Form of Order submitted

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

/s/ William M.E. Powers, III
William M. E. Powers III

Dated: April 19, 2022

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton NJ 08650-4853 | **TRUSTEE** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Candyce Ilene Smith-Sklar, Esquire<br>1901 North Olden Avenue<br>Ewing Professional Park, Suite 22<br>Ewing, NJ 08618 | **ATTORNEY** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Rosa Peters<br>1043 Frontage Road<br>Toms River NJ 08753 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Mark W. Peters<br>1043 Frontage Road<br>Toms River, NJ 08753 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.