UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2021-0139

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000



**Order Filed on April 20, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Rosa Peters
Mark W. Peters

Case No.: 21-15798-CMG

Hearing Date: April 20, 2022

Judge: Honorable Christine M. Gravelle

Chapter: 13

## ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2)   is hereby **ORDERED**.

**DATED: April 20, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Case 21-15798-CMG    Doc 61    Filed 04/20/22    Entered 04/20/22 16:37:07    Desc Main
Document    Page 2 of 2

Page 2

Debtor: Rosa Peters and Mark W. Peters

Case No.: 21-15798-CMG

Caption of Order: ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

Upon the motion of Powers Kirn, LLC, Attorney for Cenlar FSB servicing agent for CitiMortgage, Inc., debtor(s)' mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown, it is

**ORDERED** as follows:

1. Debtor(s) shall commence curing post petition arrears through March 1, 2022, in the sum of $9,237.12 which is itemized as follows:

| Qty | Item | Amount | (From - To) | | Extended Amount |
|---|---|---|---|---|---|
| 7 | Payments @ | $1,500.39 | (09/01/2021 - 03/01/2022) | = | $10,502.73 |
| | Funds in Suspense | | | | $-1,265.61 |
| | Arrears to Cure: | | | = | $9,237.12 |

2. Post-petition funds in suspense totaling $1,265.61 shall be applied to reduce the arrears.

3. Post petition arrears of $9,237.12 shall be cured through the debtor(s)' plan and are hereby added to the claim filed by the mortgagee.

4. Debtor(s) shall resume regular monthly mortgage payments starting on April 1, 2022.

5. The mortgagee is awarded a counsel fee and costs of $688.00 on this application, which sum shall be collected and disbursed by the standing trustee in addition to the mortgagee's claim.

6. If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's Attorney.

7. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.