Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  21–15798–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Rosa Peters | Mark W Peters |
| 1043 Frontage Road | 1043 Frontage Road |
| Toms River, NJ 08753 | Toms River, NJ 08753 |

Social Security No.:

xxx–xx–1667

xxx–xx–9124

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 5/18/22 at 09:00 AM

to consider and act upon the following:

*62* – Creditor's Certification of Default filed by Gavin Stewart on behalf of Nissan Motor Acceptance Corporation. Objection deadline is 05/6/2022. (Attachments: # 1 Certification # 2 Exhibit Consent Order # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

Dated: 5/9/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court