| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Nissan Motor Acceptance Corporation as servicer for Nissan-Infiniti LT* | Chapter: 13 |
| In re:<br><br>Rosa Peters   and<br>Mark W Peters<br><br><div align="right">Debtors.</div> | Case No.: 21-15798-CMG<br><br>Hearing Date: May 18, 2022<br><br>Judge Christine M. Gravelle |

## CERTIFICATION OF CONSENT REGARDING CONSENT ORDER

I certify that with respect to the Consent Resolving the Certification of Default ("Consent Order") submitted to the Court by Nissan Motor Acceptance Corporation as servicer for Nissan-Infiniti LT ("Creditor") and the Debtor, the following conditions have been met:

(a)  The terms of the Consent Order are identical to those set forth in the original consent order;

(b)  The signatures represented by the /s/_____ on the Consent Order reference the signatures of consenting parties obtained on the original Consent Order;

(c)  I will retain the original Consent Order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d)  I will make the original Consent Order available for inspection on request of the Court or any party in interest; and

(e) I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011.

>                    Stewart Legal Group, P.L.
>                    Attorney for Creditor

Dated: May 20, 2022         By: */s/Gavin N. Stewart*
                                   Gavin N. Stewart, Esq.