Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  21−15798−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rosa Peters                             Mark W Peters
1043 Frontage Road                      1043 Frontage Road
Toms River, NJ 08753                    Toms River, NJ 08753

Social Security No.:
   xxx−xx−1667                             xxx−xx−9124

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 7, 2021.

On 06/20/2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:                   July 20, 2022
Time:                   10:00 AM
Location:               Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
   a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
   of a secure claim, such holders acceptance or rejection of the Plan before modification will
   be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
   holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable,**
   **the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 21, 2022
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 21-15798-CMG

Rosa Peters                                                                          Chapter 13

Mark W Peters

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                                     User: admin                                          Page 1 of 5

Date Rcvd: Jun 21, 2022                          Form ID: 185                                  Total Noticed: 72

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rosa Peters, Mark W Peters, 1043 Frontage Road, Toms River, NJ 08753-3171 |
| aty | + | Powers Kirn, LLC, Attn: William M. E. Powers, III, 728 Marne Highway, Suite 800, P.O. Box 848 Moorestown, NJ 08057-0848 |
| cr | + | Nissan Motor Acceptance Corporation, PO Box 340514, Tampa, FL 33694-0514 |
| 519264381 | + | Bank of America, Attn: Rubin & Rothman, LLC, 1787 Veterans Memorial HWY, Islandia, NY 11749-1500 |
| 519264388 | + | Chase Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519264409 | + | DVC DUES, 28397 Network Place, Chicago, IL 60673-1283 |
| 519301770 | | Disney Vacation Club Management, LLC., 1851 Community Drive, Lake Buena Vista, FL 32830 |
| 519264412 | + | LendingUSA, Attn: Bankruptcy, 15303 Ventura Blvd, Ste 850, Sherman Oaks, CA 91403-6630 |
| 519264414 | + | Monera Financial LLC f/k/a Monera Fin In, c/o Greenspoon Marder LLP, Capital Plaza I, 201 East Pine Street, Suite 500, Orlando, FL 32801-2718 |
| 519264413 | + | Monera Financial f/k/a Monera Financial, c/o Greenspoon Marder, LLP, Capital Plaza I, 201 East Pine Street, Suite 500, Orlando, FL 32801-2718 |
| 519264428 | + | TCF Bank, PO Box 1527, Midland, MI 48641-1527 |
| 519267570 | + | TCF Bank, now part of Huntington National Bank, 2445 84th Street SW, Byron Center, MI 49315-5102 |
| 519264430 | + | TrueAccord, 16011 College Blvd, Suite 130, Lenexa, KS 66219-9877 |
| 519264431 | + | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 519269977 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 21 2022 21:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 21 2022 21:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/Text: BKelectronicnotices@cenlar.com | Jun 21 2022 21:58:00 | CENLAR/Central Loan, Attn: CEO/AGENT, 425 Phillips Blvd., Ewing, NJ 08618 |
| 519264377 | + | Email/Text: backoffice@affirm.com | Jun 21 2022 21:59:00 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519264378 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 21 2022 21:58:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519264380 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 21 2022 21:58:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519264379 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 21 2022 21:58:00 | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Po Box 26012, Greensboro, NC 27420 |
| 519287103 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 21 2022 21:59:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519264383 | + | Email/Text: bankruptcy@rubinrothman.com | | |

District/off: 0312-3                          User: admin                                    Page 2 of 5
Date Rcvd: Jun 21, 2022                       Form ID: 185                          Total Noticed: 72

| | | Jun 21 2022 21:58:00 | Bank of America, N.A., c/o Rubin & Rothman, LLC, 1787 Veterans Memorial HWY, Islandia, NY 11749-1500 |
|---|---|---|---|
| 519264384 | + Email/Text: BarclaysBankDelaware@tsico.com | | |
| | | Jun 21 2022 21:59:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519264387 | Email/Text: BKelectronicnotices@cenlar.com | | |
| | | Jun 21 2022 21:58:00 | CENLAR/Central Loan, Attn: Bankruptcy, Po Box 77404, Ewing, NJ 08628 |
| 519264385 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Jun 21 2022 22:01:33 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519315295 | + Email/Text: BKelectronicnotices@cenlar.com | | |
| | | Jun 21 2022 21:58:00 | CitiMortgage, Inc., c/o Cenlar FSB, Attn: Bk Dept., 425 Phillips Blvd., Ewing NJ 08618-1430 |
| 519264390 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jun 21 2022 22:01:29 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519264391 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jun 21 2022 22:01:29 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519264392 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jun 21 2022 22:01:38 | Citibank/Sears, Citicorp Srvs/Centralized Bk Dept, Po Box 790034, St. Louis, MO 63179-0034 |
| 519264393 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jun 21 2022 22:01:47 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519264394 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jun 21 2022 21:59:00 | Comenity Bank / The Limited, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519264395 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jun 21 2022 21:59:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519264396 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jun 21 2022 21:59:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519264398 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jun 21 2022 21:59:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519264399 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jun 21 2022 21:59:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519264400 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jun 21 2022 21:59:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519264401 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jun 21 2022 21:59:00 | Comenity Bank/Pottery Barn, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519264402 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jun 21 2022 21:59:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519264403 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jun 21 2022 21:59:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519264397 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jun 21 2022 21:59:00 | Comenity bank/J Crew, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519264404 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jun 21 2022 21:59:00 | Comenity/Carter, Attn: Bankruptcy, Po Box 183043, Columbus, OH 43218-3043 |
| 519264405 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jun 21 2022 21:59:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519264406 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jun 21 2022 22:01:29 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519280736 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jun 21 2022 21:59:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519264407 | + Email/Text: mrdiscen@discover.com | | |
| | | Jun 21 2022 21:58:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |

District/off: 0312-3
User: admin
Page 3 of 5

Date Rcvd: Jun 21, 2022
Form ID: 185
Total Noticed: 72

| 519264408 | + Email/Text: dplbk@discover.com | | |
|---|---|---|---|
| | | Jun 21 2022 21:59:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 519264410 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | Jun 21 2022 21:58:00 | Gs Bank Usa, Attn: Bankruptcy, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 519264386 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Jun 21 2022 22:01:41 | Cardmember Service, PO Box 15123, Wilmington, DE 19850 |
| 519264389 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Jun 21 2022 22:01:32 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519285970 | + Email/Text: RASEBN@raslg.com | | |
| | | Jun 21 2022 21:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519281022 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | Jun 21 2022 21:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519264411 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Jun 21 2022 21:58:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519264416 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | Jun 21 2022 21:58:00 | NMAC, Attn: Bankruptcy, Po Box 660366, Dallas, TX 75266-0366 |
| 519264415 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | Jun 21 2022 21:58:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 519288537 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | Jun 21 2022 21:58:00 | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 519295236 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jun 21 2022 21:59:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519264417 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 21 2022 22:01:25 | Syncb/Pandora, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519264418 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 21 2022 22:01:37 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519301650 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 21 2022 22:01:42 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519264419 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 21 2022 22:01:24 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519264667 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 21 2022 22:01:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519264420 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 21 2022 22:01:24 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519264421 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 21 2022 22:01:24 | Synchrony Bank/Banana Republic, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519264422 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 21 2022 22:01:42 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519264423 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 21 2022 22:01:42 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519264424 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 21 2022 22:01:43 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519264425 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 21 2022 22:01:42 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 519264426 | + Email/PDF: gecsedi@recoverycorp.com | | |

District/off: 0312-3 | User: admin | Page 4 of 5
Date Rcvd: Jun 21, 2022 | Form ID: 185 | Total Noticed: 72

| | | Jun 21 2022 22:01:42 | Synchrony/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519264427 | + Email/Text: bncmail@w-legal.com | | |
| | | Jun 21 2022 21:59:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519264429 | + Email/Text: bankruptcy@huntington.com | | |
| | | Jun 21 2022 21:59:00 | The Huntington National Bank, 5555 Cleveland Ave., Columbus, OH 43231-4048 |
| 519264431 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | Jun 22 2022 11:46:27 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 519269977 | Email/PDF: Bankruptcynotices_CCSBKOperations@wellsfargo.com | | |
| | | Jun 22 2022 11:56:46 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 59

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519264382 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Attn: Bankruptcy, P.O. Box 982234, El Paso, TX 79998 |
| 519487807 | *+ | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 23, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor TCF National Bank bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Candyce Ilene Smith-Sklar | on behalf of Joint Debtor Mark W Peters njpalaw@gmail.com  r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Rosa Peters njpalaw@gmail.com  r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor TCF National Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

William M. E. Powers, III

on behalf of Creditor CitiMortgage  Inc. ecf@powerskirn.com

William M.E. Powers

on behalf of Creditor CitiMortgage  Inc. ecf@powerskirn.com

William M.E. Powers, III

on behalf of Creditor CitiMortgage  Inc. ecf@powerskirn.com


TOTAL: 10