6/20/22 4:33PM

**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| **0** Valuation of Security | **2** Assumption of Executory Contract or Unexpired Lease | **2** Lien Avoidance |
|---|---|---|

**Last revised: August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:   **Rosa Peters**
          **Mark W Peters**

Case No.:                    **21-15798**

Judge:

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS - AMENDED

☐ Original
☐ Motions Included

■ Modified/Notice Required
☐ Modified/No Notice Required

Date:

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

## YOUR RIGHTS MAY BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.***

THIS PLAN:

■ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ■ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

■ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

1

Initial Debtor(s)' Attorney _____   Initial Debtor: **R P** _____   Initial Co-Debtor **MWP** _____

## Part 1:  Payment and Length of Plan

     a.  The debtor shall pay __198.30 Monthly*__ to the Chapter 13 Trustee, starting on ___ for approximately __60__ months.

     b.  The debtor shall make plan payments to the Trustee from the following sources:
- ■ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

     c.  Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

- ■ Loan modification with respect to mortgage encumbering property:
  Description: **Debtor received  loan modification approval.**
  Proposed date for completion: _____

  d.   ☐    The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

  e.   ☐    Other information that may be important relating to the payment and length of plan:

## Part 2:  Adequate Protection      **X NONE**

     a.  Adequate protection payments will be made in the amount of $___ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ___ (creditor).

     b.  Adequate protection payments will be made in the amount of $___ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ___ (creditor).

## Part 3:  Priority Claims (Including Administrative Expenses)

    a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Candyce SMith-Sklar | Attorney Fees | 2,300.00 |
| Albert Russo, Esq | Taxes and certain other debts | 424.00 |

    b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:
- ■ None
- ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim

2

pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ■ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| CENLAR/Central Loan | 1043 Frontage Road Toms River, NJ 08753  Ocean County | 9,237.12 | 0.00 | 9,237.12 | 1,568.00 |
| The Huntington National Bank | 1043 Frontage Road Toms River, NJ 08753  Ocean County | 842.30 | 0.00 | 842.30 | 0.00 |

### c. Secured claims excluded from 11 U.S.C. 506: ■ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ■ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

3

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **Monera Financial f/k/a Monera Financial** | **Disney Beach Club Villas 1800 Epcot Resorts Blvd Orlando, FL 32830  Orange County** | 3,000.00 | 2,000.00 |

**f. Secured Claims Unaffected by the Plan** ■ **NONE**

The following secured claims are unaffected by the Plan:

| Creditor |
|---|

**g. Secured Claims to be Paid in Full Through the Plan** ■ **NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|

## Part 5:  Unsecured Claims   ☐ NONE

a. **Not separately classified**  allowed non-priority unsecured claims shall be paid:

☐     Not less than $____ to be distributed *pro rata*

☐     Not less than ___ percent

■     *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|

## Part 6:  Executory Contracts and Unexpired Leases   ☐ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|

4

| | | Monthly payments: | | |
|---|---|---|---|---|
| Nissan Motor Acceptance Corp/Infiniti | 0.00 | $32.16 | NO Arrearage | 0.00 |
| Nissan Motor Acceptance Corp/Infiniti | 1,929.45 | Monthly payments: $385.00 | Arrearage: $1,929.45. 60-month cure. per month through the plan. | 32.16 |

## Part 7: Motions    ☐ NONE

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form,** *Notice of Chapter 13 Plan Transmittal,* **within the time and in the manner set forth in D.N.J. LBR 3015-1. A** *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

### a. Motion to Avoid Liens under 11 U.S.C. Section 522(f). ☐ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| Bank of America | 1043 Frontage Road Toms River, NJ 08753 Ocean County | Judgment Lien | 2,587.75 | 312,000.00 | 37,696.43 | 271,715.82 | 2,587.75 |
| Bank of America | 1043 Frontage Road Toms River, NJ 08753 Ocean County | | 3,108.93 | 312,000.00 | 37,696.43 | 271,194.64 | 3,108.93 |

### b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured. ■ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|

### c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured. ■ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

## Part 8:  Other Plan Provisions

**a.  Vesting of Property of the Estate**

- ■ Upon Confirmation
- ☐ Upon Discharge

**b.  Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c.  Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee Commissions
2) Other Administrative Claims
3) Secured Claims
4) Lease Arrearages
5) Priority Claims
6) General Unsecured Claims

**d.  Post-Petition Claims**

The Standing Trustee ☐ is, ■ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:  Modification    ■ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified:.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Modified plan to add post petition arrears to Nissan Motor Acceptance Corp as per CO.  Also added one month of trustee arears upon consent of the Trustee.  Removed all but $9,237.12 in post petition mortgage arrears due to loan modification approval with CitiMortgage. | Plan modified to add post-petition arrears for Nissan Motor Acceptance Corp as per CO.  Also added one month of trustee arrears upon consent of the Trustee.  Removed all but $9,237.12 in post-petition mortgage arrears due to loan modification approval with CitiMortgage. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ■ No

## Part 10 :  Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☐ NONE

■ Explain here:

**\*This plan is a step plan or has lumpsum payments as follows: $198.30 per month for 11 months, then $271.99 per month for 49 months**

**Second tier of plan payments to be supported by overtime work**

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

6

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

| Date: | **June 20, 2022** | **/s/ Rosa Peters** |
|---|---|---|
| | | **Rosa Peters** |
| | | Debtor |

| Date: | **June 20, 2022** | **/s/ Mark W Peters** |
|---|---|---|
| | | **Mark W Peters** |
| | | Joint Debtor |

| Date | **June 20, 2022** | **/s/ Candyce SMith-Sklar** |
|---|---|---|
| | | **Candyce SMith-Sklar** |
| | | Attorney for the Debtor(s) |

7

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-15798-CMG |
| Rosa Peters | Chapter 13 |
| Mark W Peters | |
|   Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Jun 21, 2022 | Form ID: pdf901 | Total Noticed: 72 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rosa Peters, Mark W Peters, 1043 Frontage Road, Toms River, NJ 08753-3171 |
| aty | + | Powers Kirn, LLC, Attn: William M. E. Powers, III, 728 Marne Highway, Suite 800, P.O. Box 848 Moorestown, NJ 08057-0848 |
| cr | + | Nissan Motor Acceptance Corporation, PO Box 340514, Tampa, FL 33694-0514 |
| 519264381 | + | Bank of America, Attn: Rubin & Rothman, LLC, 1787 Veterans Memorial HWY, Islandia, NY 11749-1500 |
| 519264388 | + | Chase Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519264409 | + | DVC DUES, 28397 Network Place, Chicago, IL 60673-1283 |
| 519301770 | | Disney Vacation Club Management, LLC., 1851 Community Drive, Lake Buena Vista, FL 32830 |
| 519264412 | + | LendingUSA, Attn: Bankruptcy, 15303 Ventura Blvd, Ste 850, Sherman Oaks, CA 91403-6630 |
| 519264414 | + | Monera Financial LLC f/k/a Monera Fin In, c/o Greenspoon Marder LLP, Capital Plaza I, 201 East Pine Street, Suite 500, Orlando, FL 32801-2718 |
| 519264413 | + | Monera Financial f/k/a Monera Financial, c/o Greenspoon Marder, LLP, Capital Plaza I, 201 East Pine Street, Suite 500, Orlando, FL 32801-2718 |
| 519264428 | + | TCF Bank, PO Box 1527, Midland, MI 48641-1527 |
| 519267570 | + | TCF Bank, now part of Huntington National Bank, 2445 84th Street SW, Byron Center, MI 49315-5102 |
| 519264430 | + | TrueAccord, 16011 College Blvd, Suite 130, Lenexa, KS 66219-9877 |
| 519264431 | + | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 519269977 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 21 2022 21:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 21 2022 21:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/Text: BKelectronicnotices@cenlar.com | Jun 21 2022 21:58:00 | CENLAR/Central Loan, Attn: CEO/AGENT, 425 Phillips Blvd., Ewing, NJ 08618 |
| 519264377 | + | Email/Text: backoffice@affirm.com | Jun 21 2022 21:59:00 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519264378 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 21 2022 21:58:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519264380 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 21 2022 21:58:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519264379 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 21 2022 21:58:00 | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Po Box 26012, Greensboro, NC 27420 |
| 519287103 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 21 2022 21:59:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519264383 | + | Email/Text: bankruptcy@rubinrothman.com | | |

District/off: 0312-3                             User: admin                                        Page 2 of 5
Date Rcvd: Jun 21, 2022                          Form ID: pdf901                                    Total Noticed: 72

|  |  |  |  |
|---|---|---|---|
|  |  | Jun 21 2022 21:58:00 | Bank of America, N.A., c/o Rubin & Rothman, LLC, 1787 Veterans Memorial HWY, Islandia, NY 11749-1500 |
| 519264384 | + Email/Text: BarclaysBankDelaware@tsico.com |  |  |
|  |  | Jun 21 2022 21:59:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519264387 | Email/Text: BKelectronicnotices@cenlar.com |  |  |
|  |  | Jun 21 2022 21:58:00 | CENLAR/Central Loan, Attn: Bankruptcy, Po Box 77404, Ewing, NJ 08628 |
| 519264385 | + Email/PDF: AIS.cocard.ebn@aisinfo.com |  |  |
|  |  | Jun 21 2022 22:01:33 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519315295 | + Email/Text: BKelectronicnotices@cenlar.com |  |  |
|  |  | Jun 21 2022 21:58:00 | CitiMortgage, Inc., c/o Cenlar FSB, Attn: Bk Dept., 425 Phillips Blvd., Ewing NJ 08618-1430 |
| 519264390 | + Email/PDF: Citi.BNC.Correspondence@citi.com |  |  |
|  |  | Jun 21 2022 22:01:38 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519264391 | + Email/PDF: Citi.BNC.Correspondence@citi.com |  |  |
|  |  | Jun 21 2022 22:01:29 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519264392 | + Email/PDF: Citi.BNC.Correspondence@citi.com |  |  |
|  |  | Jun 21 2022 22:01:29 | Citibank/Sears, Citicorp Srvs/Centralized Bk Dept, Po Box 790034, St. Louis, MO 63179-0034 |
| 519264393 | + Email/PDF: Citi.BNC.Correspondence@citi.com |  |  |
|  |  | Jun 21 2022 22:11:54 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519264394 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM |  |  |
|  |  | Jun 21 2022 21:59:00 | Comenity Bank / The Limited, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519264395 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM |  |  |
|  |  | Jun 21 2022 21:59:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519264396 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM |  |  |
|  |  | Jun 21 2022 21:59:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519264398 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM |  |  |
|  |  | Jun 21 2022 21:59:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519264399 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM |  |  |
|  |  | Jun 21 2022 21:59:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519264400 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM |  |  |
|  |  | Jun 21 2022 21:59:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519264401 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM |  |  |
|  |  | Jun 21 2022 21:59:00 | Comenity Bank/Pottery Barn, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519264402 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM |  |  |
|  |  | Jun 21 2022 21:59:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519264403 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM |  |  |
|  |  | Jun 21 2022 21:59:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519264397 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM |  |  |
|  |  | Jun 21 2022 21:59:00 | Comenity bank/J Crew, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519264404 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM |  |  |
|  |  | Jun 21 2022 21:59:00 | Comenity/Carter, Attn: Bankruptcy, Po Box 183043, Columbus, OH 43218-3043 |
| 519264405 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM |  |  |
|  |  | Jun 21 2022 21:59:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519264406 | + Email/PDF: Citi.BNC.Correspondence@citi.com |  |  |
|  |  | Jun 21 2022 22:01:29 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519280736 | Email/Text: bnc-quantum@quantum3group.com |  |  |
|  |  | Jun 21 2022 21:59:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519264407 | + Email/Text: mrdiscen@discover.com |  |  |
|  |  | Jun 21 2022 21:58:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |

District/off: 0312-3            User: admin            Page 3 of 5

Date Rcvd: Jun 21, 2022            Form ID: pdf901            Total Noticed: 72

| | | | |
|---|---|---|---|
| 519264408 | + Email/Text: dplbk@discover.com | Jun 21 2022 21:59:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 519264410 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 21 2022 21:58:00 | Gs Bank Usa, Attn: Bankruptcy, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 519264386 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 21 2022 22:01:32 | Cardmember Service, PO Box 15123, Wilmington, DE 19850 |
| 519264389 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 21 2022 22:01:23 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519285970 | + Email/Text: RASEBN@raslg.com | Jun 21 2022 21:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519281022 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 21 2022 21:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519264411 | + Email/Text: PBNCNotifications@peritusservices.com | Jun 21 2022 21:58:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519264416 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 21 2022 21:58:00 | NMAC, Attn: Bankruptcy, Po Box 660366, Dallas, TX 75266-0366 |
| 519264415 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 21 2022 21:58:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 519288537 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 21 2022 21:58:00 | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 519295236 | Email/Text: bnc-quantum@quantum3group.com | Jun 21 2022 21:59:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519264417 | + Email/PDF: gecsedi@recoverycorp.com | Jun 21 2022 22:01:43 | Syncb/Pandora, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519264418 | + Email/PDF: gecsedi@recoverycorp.com | Jun 21 2022 22:01:34 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519301650 | + Email/PDF: gecsedi@recoverycorp.com | Jun 21 2022 22:01:42 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519264419 | + Email/PDF: gecsedi@recoverycorp.com | Jun 21 2022 22:01:24 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519264667 | + Email/PDF: gecsedi@recoverycorp.com | Jun 21 2022 22:01:24 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519264420 | + Email/PDF: gecsedi@recoverycorp.com | Jun 21 2022 22:01:26 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519264421 | + Email/PDF: gecsedi@recoverycorp.com | Jun 21 2022 22:01:42 | Synchrony Bank/Banana Republic, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519264422 | + Email/PDF: gecsedi@recoverycorp.com | Jun 21 2022 22:01:25 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519264423 | + Email/PDF: gecsedi@recoverycorp.com | Jun 21 2022 22:01:25 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519264424 | + Email/PDF: gecsedi@recoverycorp.com | Jun 21 2022 22:01:33 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519264425 | + Email/PDF: gecsedi@recoverycorp.com | Jun 21 2022 22:01:34 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 519264426 | + Email/PDF: gecsedi@recoverycorp.com | | |

District/off: 0312-3                                      User: admin                                                Page 4 of 5
Date Rcvd: Jun 21, 2022                                   Form ID: pdf901                                       Total Noticed: 72

| | | Jun 21 2022 22:01:42 | Synchrony/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
|---|---|---|---|
| 519264427 | + Email/Text: bncmail@w-legal.com | | |
| | | Jun 21 2022 21:59:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519264429 | + Email/Text: bankruptcy@huntington.com | | |
| | | Jun 21 2022 21:59:00 | The Huntington National Bank, 5555 Cleveland Ave., Columbus, OH 43231-4048 |
| 519264431 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | Jun 22 2022 11:46:27 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 519269977 | Email/PDF: Bankruptcynotices_CCSBKOperations@wellsfargo.com | | |
| | | Jun 22 2022 11:56:46 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 59

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519264382 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Attn: Bankruptcy, P.O. Box 982234, El Paso, TX 79998 |
| 519487807 | *+ | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2022                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor TCF National Bank bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Candyce Ilene Smith-Sklar | on behalf of Joint Debtor Mark W Peters njpalaw@gmail.com  r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Rosa Peters njpalaw@gmail.com  r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor TCF National Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

William M. E. Powers, III

on behalf of Creditor CitiMortgage  Inc. ecf@powerskirn.com

William M.E. Powers

on behalf of Creditor CitiMortgage  Inc. ecf@powerskirn.com

William M.E. Powers, III

on behalf of Creditor CitiMortgage  Inc. ecf@powerskirn.com


TOTAL: 10