Form 149 − ntcvaco

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  21−15798−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rosa Peters                                    Mark W Peters
  1043 Frontage Road                         1043 Frontage Road
  Toms River, NJ 08753                        Toms River, NJ 08753

Social Security No.:
  xxx−xx−1667                                 xxx−xx−9124

Employer's Tax I.D. No.:

## NOTICE OF ORDER VACATING
## AN ORDER OF DISMISSAL

    NOTICE IS HEREBY GIVEN that Order Dismissing the above−captioned Case which was entered
on 7/27/22 has been vacated effective 7/29/22.

Dated: July 29, 2022
JAN: dmi

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 21-15798-CMG

Rosa Peters                                                                                 Chapter 13

Mark W Peters

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                User: admin                    Page 1 of 5

Date Rcvd: Jul 29, 2022           Form ID: 149                   Total Noticed: 72

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rosa Peters, Mark W Peters, 1043 Frontage Road, Toms River, NJ 08753-3171 |
| aty | + | Powers Kirn, LLC, Attn: William M. E. Powers, III, 728 Marne Highway, Suite 800, P.O. Box 848 Moorestown, NJ 08057-0848 |
| cr | + | Nissan Motor Acceptance Corporation, PO Box 340514, Tampa, FL 33694-0514 |
| 519264381 | + | Bank of America, Attn: Rubin & Rothman, LLC, 1787 Veterans Memorial HWY, Islandia, NY 11749-1500 |
| 519264388 | + | Chase Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519264409 | + | DVC DUES, 28397 Network Place, Chicago, IL 60673-1283 |
| 519301770 | | Disney Vacation Club Management, LLC., 1851 Community Drive, Lake Buena Vista, FL 32830 |
| 519264412 | + | LendingUSA, Attn: Bankruptcy, 15303 Ventura Blvd, Ste 850, Sherman Oaks, CA 91403-6630 |
| 519264414 | + | Monera Financial LLC f/k/a Monera Fin In, c/o Greenspoon Marder LLP, Capital Plaza I, 201 East Pine Street, Suite 500, Orlando, FL 32801-2718 |
| 519264413 | + | Monera Financial f/k/a Monera Financial, c/o Greenspoon Marder, LLP, Capital Plaza I, 201 East Pine Street, Suite 500, Orlando, FL 32801-2718 |
| 519264428 | + | TCF Bank, PO Box 1527, Midland, MI 48641-1527 |
| 519267570 | + | TCF Bank, now part of Huntington National Bank, 2445 84th Street SW, Byron Center, MI 49315-5102 |
| 519264430 | + | TrueAccord, 16011 College Blvd, Suite 130, Lenexa, KS 66219-9877 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 29 2022 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 29 2022 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/Text: BKelectronicnotices@cenlar.com | Jul 29 2022 20:57:00 | CENLAR/Central Loan, Attn: CEO/AGENT, 425 Phillips Blvd., Ewing, NJ 08618 |
| 519264377 | + | Email/Text: backoffice@affirm.com | Jul 29 2022 20:58:00 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519264378 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 29 2022 20:56:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519264380 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 29 2022 20:56:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519264379 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 29 2022 20:56:00 | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Po Box 26012, Greensboro, NC 27420 |
| 519287103 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 29 2022 20:57:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519264383 | + | Email/Text: bankruptcy@rubinrothman.com | Jul 29 2022 20:57:00 | Bank of America, N.A., c/o Rubin & Rothman, LLC, 1787 Veterans Memorial HWY, Islandia, NY 11749-1500 |

District/off: 0312-3                     User: admin                                      Page 2 of 5

Date Rcvd: Jul 29, 2022                  Form ID: 149                          Total Noticed: 72

| | | | |
|---|---|---|---|
| 519264384 | + Email/Text: BarclaysBankDelaware@tsico.com | Jul 29 2022 20:57:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519264387 | Email/Text: BKelectronicnotices@cenlar.com | Jul 29 2022 20:57:00 | CENLAR/Central Loan, Attn: Bankruptcy, Po Box 77404, Ewing, NJ 08628 |
| 519264385 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 29 2022 21:03:54 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519315295 | + Email/Text: BKelectronicnotices@cenlar.com | Jul 29 2022 20:57:00 | CitiMortgage, Inc., c/o Cenlar FSB, Attn: Bk Dept., 425 Phillips Blvd., Ewing NJ 08618-1430 |
| 519264390 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 29 2022 21:04:16 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519264391 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 29 2022 21:04:04 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519264392 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 29 2022 21:03:47 | Citibank/Sears, Citicorp Srvs/Centralized Bk Dept, Po Box 790034, St. Louis, MO 63179-0034 |
| 519264393 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 29 2022 21:04:03 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519264394 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 29 2022 20:57:00 | Comenity Bank / The Limited, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519264395 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 29 2022 20:57:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519264396 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 29 2022 20:57:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519264398 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 29 2022 20:57:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519264399 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 29 2022 20:57:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519264400 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 29 2022 20:57:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519264401 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 29 2022 20:57:00 | Comenity Bank/Pottery Barn, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519264402 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 29 2022 20:57:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519264403 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 29 2022 20:57:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519264397 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 29 2022 20:57:00 | Comenity bank/J Crew, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519264404 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 29 2022 20:57:00 | Comenity/Carter, Attn: Bankruptcy, Po Box 183043, Columbus, OH 43218-3043 |
| 519264405 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 29 2022 20:57:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519264406 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 29 2022 21:03:50 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519280736 | Email/Text: bnc-quantum@quantum3group.com | Jul 29 2022 20:57:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519264407 | + Email/Text: mrdiscen@discover.com | Jul 29 2022 20:57:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519264408 | + Email/Text: dplbk@discover.com | Jul 29 2022 20:58:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |

District/off: 0312-3                                    User: admin                                    Page 3 of 5
Date Rcvd: Jul 29, 2022                                Form ID: 149                                Total Noticed: 72

| | | | | |
|---|---|---|---|---|
| 519264410 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 29 2022 20:57:00 | Gs Bank Usa, Attn: Bankruptcy, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 519264386 | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 29 2022 21:04:07 | Cardmember Service, PO Box 15123, Wilmington, DE 19850 |
| 519264389 | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 29 2022 21:03:53 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519285970 | + Email/Text: RASEBN@raslg.com | Jul 29 2022 20:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519281022 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 29 2022 20:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519264411 | + Email/Text: PBNCNotifications@peritusservices.com | Jul 29 2022 20:57:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519264416 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 29 2022 20:57:00 | NMAC, Attn: Bankruptcy, Po Box 660366, Dallas, TX 75266-0366 |
| 519264415 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 29 2022 20:57:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 519288537 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 29 2022 20:57:00 | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 519295236 | Email/Text: bnc-quantum@quantum3group.com | Jul 29 2022 20:57:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519264417 | + Email/PDF: gecsedi@recoverycorp.com | Jul 29 2022 21:03:56 | Syncb/Pandora, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519264418 | + Email/PDF: gecsedi@recoverycorp.com | Jul 29 2022 21:03:35 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519301650 | + Email/PDF: gecsedi@recoverycorp.com | Jul 29 2022 21:03:54 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519264419 | + Email/PDF: gecsedi@recoverycorp.com | Jul 29 2022 21:03:36 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519264667 | + Email/PDF: gecsedi@recoverycorp.com | Jul 29 2022 21:04:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519264420 | + Email/PDF: gecsedi@recoverycorp.com | Jul 29 2022 21:03:55 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519264421 | + Email/PDF: gecsedi@recoverycorp.com | Jul 29 2022 21:03:35 | Synchrony Bank/Banana Republic, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519264422 | + Email/PDF: gecsedi@recoverycorp.com | Jul 29 2022 21:03:55 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519264423 | + Email/PDF: gecsedi@recoverycorp.com | Jul 29 2022 21:03:35 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519264424 | + Email/PDF: gecsedi@recoverycorp.com | Jul 29 2022 21:03:35 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519264425 | + Email/PDF: gecsedi@recoverycorp.com | Jul 29 2022 21:03:36 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 519264426 | + Email/PDF: gecsedi@recoverycorp.com | Jul 29 2022 21:03:35 | Synchrony/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519264427 | + Email/Text: bncmail@w-legal.com | | |

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jul 29, 2022 | Form ID: 149 | Total Noticed: 72 |

| | | | Jul 29 2022 20:57:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
|---|---|---|---|---|
| 519264429 | + | Email/Text: bankruptcy@huntington.com | Jul 29 2022 20:57:00 | The Huntington National Bank, 5555 Cleveland Ave., Columbus, OH 43231-4048 |
| 519264431 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 29 2022 21:14:53 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 519269977 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 29 2022 21:04:18 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 59

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519264382 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Attn: Bankruptcy, P.O. Box 982234, El Paso, TX 79998 |
| 519487807 | *+ | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2022          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor TCF National Bank bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Candyce Ilene Smith-Sklar | on behalf of Joint Debtor Mark W Peters njpalaw@gmail.com r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Rosa Peters njpalaw@gmail.com r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor TCF National Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor CitiMortgage  Inc. ecf@powerskirn.com |

District/off: 0312-3

User: admin

Page 5 of 5

Date Rcvd: Jul 29, 2022

Form ID: 149

Total Noticed: 72

William M.E. Powers
             on behalf of Creditor CitiMortgage  Inc. ecf@powerskirn.com

William M.E. Powers, III
             on behalf of Creditor CitiMortgage  Inc. ecf@powerskirn.com


TOTAL: 10