Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−15798−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rosa Peters
1043 Frontage Road
Toms River, NJ 08753

Mark W Peters
1043 Frontage Road
Toms River, NJ 08753

Social Security No.:
xxx−xx−1667

xxx−xx−9124

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on August 4, 2022.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 4, 2022
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Rosa Peters  
Mark W Peters  
    Debtors

Case No. 21-15798-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Aug 04, 2022 | Form ID: 148 | Total Noticed: 72 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rosa Peters, Mark W Peters, 1043 Frontage Road, Toms River, NJ 08753-3171 |
| aty | + | Powers Kirn, LLC, Attn: William M. E. Powers, III, 728 Marne Highway, Suite 800, P.O. Box 848 Moorestown, NJ 08057-0848 |
| cr | + | Nissan Motor Acceptance Corporation, PO Box 340514, Tampa, FL 33694-0514 |
| 519264381 | + | Bank of America, Attn: Rubin & Rothman, LLC, 1787 Veterans Memorial HWY, Islandia, NY 11749-1500 |
| 519264388 | + | Chase Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519264409 | + | DVC DUES, 28397 Network Place, Chicago, IL 60673-1283 |
| 519301770 | | Disney Vacation Club Management, LLC., 1851 Community Drive, Lake Buena Vista, FL 32830 |
| 519264412 | + | LendingUSA, Attn: Bankruptcy, 15303 Ventura Blvd, Ste 850, Sherman Oaks, CA 91403-6630 |
| 519264414 | + | Monera Financial LLC f/k/a Monera Fin In, c/o Greenspoon Marder LLP, Capital Plaza I, 201 East Pine Street, Suite 500, Orlando, FL 32801-2718 |
| 519264413 | + | Monera Financial f/k/a Monera Financial, c/o Greenspoon Marder, LLP, Capital Plaza I, 201 East Pine Street, Suite 500, Orlando, FL 32801-2718 |
| 519264428 | + | TCF Bank, PO Box 1527, Midland, MI 48641-1527 |
| 519267570 | + | TCF Bank, now part of Huntington National Bank, 2445 84th Street SW, Byron Center, MI 49315-5102 |
| 519264430 | + | TrueAccord, 16011 College Blvd, Suite 130, Lenexa, KS 66219-9877 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 04 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 04 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/Text: BKelectronicnotices@cenlar.com | Aug 04 2022 20:37:00 | CENLAR/Central Loan, Attn: CEO/AGENT, 425 Phillips Blvd., Ewing, NJ 08618 |
| 519264377 | + | Email/Text: backoffice@affirm.com | Aug 04 2022 20:38:00 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519264378 | | EDI: BANKAMER.COM | Aug 05 2022 00:33:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519264380 | + | EDI: BANKAMER.COM | Aug 05 2022 00:33:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519264379 | | EDI: BANKAMER.COM | Aug 05 2022 00:33:00 | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Po Box 26012, Greensboro, NC 27420 |
| 519287103 | + | EDI: BANKAMER2.COM | Aug 05 2022 00:33:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519264383 | + | Email/Text: bankruptcy@rubinrothman.com | Aug 04 2022 20:37:00 | Bank of America, N.A., c/o Rubin & Rothman, LLC, 1787 Veterans Memorial HWY, Islandia, NY 11749-1500 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519264384 | + | EDI: TSYS2 | Aug 05 2022 00:33:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519264387 | | Email/Text: BKelectronicnotices@cenlar.com | Aug 04 2022 20:37:00 | CENLAR/Central Loan, Attn: Bankruptcy, Po Box 77404, Ewing, NJ 08628 |
| 519264385 | + | EDI: CAPITALONE.COM | Aug 05 2022 00:33:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519315295 | + | Email/Text: BKelectronicnotices@cenlar.com | Aug 04 2022 20:37:00 | CitiMortgage, Inc., c/o Cenlar FSB, Attn: Bk Dept., 425 Phillips Blvd., Ewing NJ 08618-1430 |
| 519264390 | + | EDI: CITICORP.COM | Aug 05 2022 00:33:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519264391 | + | EDI: CITICORP.COM | Aug 05 2022 00:33:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519264392 | + | EDI: CITICORP.COM | Aug 05 2022 00:33:00 | Citibank/Sears, Citicorp Srvs/Centralized Bk Dept, Po Box 790034, St. Louis, MO 63179-0034 |
| 519264393 | + | EDI: CITICORP.COM | Aug 05 2022 00:33:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519264394 | | EDI: WFNNB.COM | Aug 05 2022 00:33:00 | Comenity Bank / The Limited, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519264395 | | EDI: WFNNB.COM | Aug 05 2022 00:33:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519264396 | | EDI: WFNNB.COM | Aug 05 2022 00:33:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519264398 | + | EDI: WFNNB.COM | Aug 05 2022 00:33:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519264399 | + | EDI: WFNNB.COM | Aug 05 2022 00:33:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519264400 | | EDI: WFNNB.COM | Aug 05 2022 00:33:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519264401 | | EDI: WFNNB.COM | Aug 05 2022 00:33:00 | Comenity Bank/Pottery Barn, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519264402 | + | EDI: WFNNB.COM | Aug 05 2022 00:33:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519264403 | | EDI: WFNNB.COM | Aug 05 2022 00:33:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519264397 | | EDI: WFNNB.COM | Aug 05 2022 00:33:00 | Comenity bank/J Crew, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519264404 | + | EDI: WFNNB.COM | Aug 05 2022 00:33:00 | Comenity/Carter, Attn: Bankruptcy, Po Box 183043, Columbus, OH 43218-3043 |
| 519264405 | + | EDI: WFNNB.COM | Aug 05 2022 00:33:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519264406 | + | EDI: CITICORP.COM | Aug 05 2022 00:33:00 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519280736 | | EDI: Q3G.COM | Aug 05 2022 00:33:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519264407 | + | EDI: DISCOVER.COM | Aug 05 2022 00:33:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519264408 | + | EDI: DISCOVERPL | Aug 05 2022 00:33:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |

Case 21-15798-CMG    Doc 87    Filed 08/06/22    Entered 08/07/22 00:15:05    Desc Imaged
                               Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 04, 2022 | Form ID: 148 | Total Noticed: 72 |

| | | | |
|---|---|---|---|
| 519264410 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 04 2022 20:37:00 | Gs Bank Usa, Attn: Bankruptcy, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 519264386 | EDI: JPMORGANCHASE | Aug 05 2022 00:33:00 | Cardmember Service, PO Box 15123, Wilmington, DE 19850 |
| 519264389 | EDI: JPMORGANCHASE | Aug 05 2022 00:33:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519285970 | + Email/Text: RASEBN@raslg.com | Aug 04 2022 20:37:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519281022 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 04 2022 20:37:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519264411 | + Email/Text: PBNCNotifications@peritusservices.com | Aug 04 2022 20:37:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519264416 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 04 2022 20:37:00 | NMAC, Attn: Bankruptcy, Po Box 660366, Dallas, TX 75266-0366 |
| 519264415 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 04 2022 20:37:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 519288537 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 04 2022 20:37:00 | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 519295236 | EDI: Q3G.COM | Aug 05 2022 00:33:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519264417 | + EDI: RMSC.COM | Aug 05 2022 00:33:00 | Syncb/Pandora, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519264418 | + EDI: RMSC.COM | Aug 05 2022 00:33:00 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519301650 | + EDI: RMSC.COM | Aug 05 2022 00:33:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519264419 | + EDI: RMSC.COM | Aug 05 2022 00:33:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519264667 | + EDI: RMSC.COM | Aug 05 2022 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519264420 | + EDI: RMSC.COM | Aug 05 2022 00:33:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519264421 | + EDI: RMSC.COM | Aug 05 2022 00:33:00 | Synchrony Bank/Banana Republic, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519264422 | + EDI: RMSC.COM | Aug 05 2022 00:33:00 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519264423 | + EDI: RMSC.COM | Aug 05 2022 00:33:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519264424 | + EDI: RMSC.COM | Aug 05 2022 00:33:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519264425 | + EDI: RMSC.COM | Aug 05 2022 00:33:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 519264426 | + EDI: RMSC.COM | Aug 05 2022 00:33:00 | Synchrony/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519264427 | + EDI: WTRRNBANK.COM | | |

Case 21-15798-CMG    Doc 87    Filed 08/06/22    Entered 08/07/22 00:15:05    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 04, 2022 | Form ID: 148 | Total Noticed: 72 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 05 2022 00:33:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519264429 | + | Email/Text: bankruptcy@huntington.com | Aug 04 2022 20:37:00 | The Huntington National Bank, 5555 Cleveland Ave., Columbus, OH 43231-4048 |
| 519264431 | + | EDI: WFHOME | Aug 05 2022 00:33:00 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 519269977 | | EDI: WFCCSBK | Aug 05 2022 00:33:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 59

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519264382 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Attn: Bankruptcy, P.O. Box 982234, El Paso, TX 79998 |
| 519487807 | *+ | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2022         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor TCF National Bank bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Candyce Ilene Smith-Sklar | on behalf of Joint Debtor Mark W Peters njpalaw@gmail.com r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Rosa Peters njpalaw@gmail.com r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor TCF National Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | |

District/off: 0312-3 | User: admin | Page 5 of 5
Date Rcvd: Aug 04, 2022 | Form ID: 148 | Total Noticed: 72

| | |
|---|---|
| | on behalf of Creditor CitiMortgage Inc. ecf@powerskirn.com |
| William M.E. Powers | |
| | on behalf of Creditor CitiMortgage Inc. ecf@powerskirn.com |
| William M.E. Powers, III | |
| | on behalf of Creditor CitiMortgage Inc. ecf@powerskirn.com |

TOTAL: 10